(INND Rev. 1/21)

-FILED-
SEP 13 2023
At_____M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

__Julius Shelton__,
[You are the PLAINTIFF, print your full name on this line.]

v.

__John Doe__,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number __223CV309__
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] N/A | N/A |
| 2 | [Put the names of any other defendants in these boxes.] | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __1__
2. What is your address? __960 E 56th Ave Merrivlle, IN 46410__
3. What is your telephone number: (__219__) __306-7854__
4. Have you ever sued anyone for these exact same claims?
   - ☒ No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
  **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how these events happened.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
  **DO NOT**: Include the names of minors, social security numbers, or dates of birth.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. In June of 2021 I was indicted on 2 counts of felon in possession of a firearm. While being detained for these charges someone created a fake profile on facebook by the name of "Rat Cather" on or about September of 2021 and posted on my page that I was a "rat" and that I was a child molester.

2. I was released on August 2, 2023, and didn't discover these comments until August 4th, 2023. Two days after my release from federal detainment.

3. These false statements have ruined my reputation with friends and family and has put my safety in danger. Being labeled as a "rat" can bring harm to a persons life. I have had to explain the truth to numerous people that I wasn't and am not in cooperation with the government in the prosecution of another, and that I wasn't being detained for engagement in sexual misconduct with children. My family and friends are judging me based on these false allegations. The person who made these comments posted my indictment information and then maliciously created a false narrative and presented them as facts that

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

has caused injury and damage to my character and reputation. They said that my case was sealed by the magistrate judge because I was in the witness protection program, I was a "rat", and that I was arrested due to being involved in sexual misconduct with kids. None of these statements are true. (continued)

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?

☒ No.

☐ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?

I want the court/jury to order the defendant to pay me in the amount of $5 million for the damage they have inflicted on my character, reputation, career, emotional and mental state, etc. And to go on the social media platform they defamed me on and make a public apology.

FILING FEE – Are you paying the filing fee?

☐ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]

☒ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[Initial Each Statement]

JS  I will keep a copy of this complaint for my records.
JS  I will promptly notify the court of any change of address.
JS  I declare **under penalty of perjury** that the statements in this complaint are true.

_____   09/05/2023
Signature                    Date

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and facts (continued)                    from page 3

4. I have tried numerous ways to find out the identity of the person who did this to no avail. I havent been able to login to my facebook account to report these comments and recieve help from facebook as to the identity of this person. I have the user I.D and I've tried to find out the identity through beenverified.com and other sources.

5. Due to my federal detainment, I didnt become aware of these false statments until August 4, 2023, and I ~~~ ask that the court apply the discovery rule to my situation because of the circumstances that were totally beyond my control and made it impossible for me to have knowledge of these defamatory acts and bring suit.

6. I now bring suit to recover from the devastating damages that this person has inflicted upon my reputation, career, mental and emotional state and life by egregiously defaming me. I am sueing for libel defamation.