AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JULIUS SHELTON
    Plaintiff

v.                                                         Civil Action No. 2:23-cv-309

JOHN DOE; *TERMINATED: 10/27/2023*
RAT CATCHER
    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff (*name*) _____
recover from the defendant (*name*) _____
the amount of _____ dollars ($_____
), which includes prejudgment interest at the rate of _____%, plus post-judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (*name*) _____ recover costs from the plaintiff (*name*) _____ .

**X** Other:    This case is DISMISSED WITHOUT PREJUDICE due to lack of jurisdiction.

This action was (*check one*):

☐ tried to a jury with _____

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Judge Jon E DeGuilio

DATE: 11/28/2023                                      CHANDA J. BERTA, CLERK OF COURT

                                                                               by  /s/ S. Kowalsky
                                                                              *Signature of Clerk or Deputy Clerk*